UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN KRALJEVICH,

                      Plaintiff,                          21-cv-9168 (PKC)

          -v-                              ORDER OF DISMISSAL AS
                                                  TO CERTAIN PARTIES
COURSER ATHLETICS, INC., et al.,

                    Defendants.
------------------------------------------------------------------X

CASTEL, U.S.D.J.:

       WHEREAS the Court has been advised that all claims asserted herein against defendants Courser Athletics, Inc. and Gregg Spiro have been settled in principle,

       It is ORDERED that the above-entitled action be and is hereby dismissed and discontinued only as to defendants Courser Athletics, Inc. and Gregg Spiro without costs, and without prejudice to the right to reopen the action within **forty-five** days of the date of this Order if the settlement is not consummated.

       Any application to reopen **must** be filed **within forty-five days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** file the settlement agreement on the public record within the same forty-five day period, together with a request that it be entered as an order of the Court.

       SO ORDERED.

                                                                 P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
            February 28, 2022